UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

RIVER DISTRIBUTING CO., LLC, a
California limited liability company,

Defendant.

NO.

COMPLAINT TO COMPEL AUDIT

I.

Plaintiff, Northwest Administrators, Inc., is an organization incorporated under the laws of the State of Washington, with its principal place of business in King County, and is the authorized administrative agency for and the assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust").

II.

The Western Conference of Teamsters Pension Trust Fund is an unincorporated association operating as a Trust Fund pursuant to Section 302 of the Labor Management Relations Act of 1947, as amended, to provide retirement benefits to eligible participants.

COMPLAINT TO COMPEL AUDIT - 1

III.

This Court has jurisdiction over the subject matter of this action under Section 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(e)(1) and (f) and under §301(a) of the Taft-Hartley Act, 29 U.S.C. §185(a).

IV.

Venue is proper in this District under Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), because the Plaintiff Trust Fund is administered in this District.

V.

Defendant is a California limited liability company.

VI.

Defendant is bound to a collective bargaining agreement with Local 986 of the International Brotherhood of Teamsters (hereinafter "Local"), under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specific rates for each hour of compensation (including vacations, holidays, overtime and sick leave) said Defendant pays to its employees who are members of the bargaining unit represented by the Local (such bargaining unit members are any of the Defendant's part time or full time employees who perform any work task covered by the Defendant's labor contract with the Local, whether or not those employees ever actually join the Local).

COMPLAINT TO COMPEL AUDIT - 2

VII.

Defendant accepted the Trust's Agreement & Declaration Agreement ("Trust Agreement") which provides in part:

> Each Employer shall promptly furnish to the Trustees or their authorized representatives on demand any and all records of his past or present Employees concerning the classification of such Employees, their names, Social Security numbers, amount of wages paid and hours worked or paid for, and any other payroll records and information the Trustees may require in connection with the administration of the Trust Fund, and for no other purpose. The Trustees or their authorized representatives may examine any books and records of each employer, which the Employer is required to furnish to the Trustees on demand whenever such examination is deemed necessary or desirable by the Trustees in the proper administration of the Trust. If it becomes necessary for the trustees to retain legal counsel to compel an Employer to furnish to, or permit the examination of books, or records or information by, the Trustees or their representatives, the Employer shall reimburse the Trust fund for all reasonable attorney's fees and court costs incurred by the Trust Fund in connection therewith, whether or not legal proceedings were instituted and whether or not such examination disclosed that the Employer has failed to make appropriate or timely Employer Contributions to the Trust Fund.

VIII.

The Trustees of the Western Conference of Teamsters Pension Trust deem it both necessary and advisable to the proper administration of the Trust that their authorized representatives examine the Defendant's books and records for the inclusive period October 1, 2017 through the Present Date to determine if the

COMPLAINT TO COMPEL AUDIT - 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Defendant previously reported for and paid to the Trust all of the amounts due for the Defendant's employment of members of the bargaining unit represented by the Trust for said period.

IX.

Despite notification to the Defendant of the Trustees' desire to conduct an audit for the period October 1, 2017 through the Present Date, and demands made upon the Defendant on the Trust's behalf for access to Defendant's records for an examination of them for that period, to date the Defendant has failed and refused to make all of its records available for the thorough examination the Trustees deem necessary and advisable to the proper administration of the Trust.

WHEREFORE, plaintiff, on the Trust's behalf, prays the court as follows:

1.     That the Court enter an Order Compelling Audit under which Defendant shall be directed by the Court, within a specified time, to make available to the authorized representatives of the Trustees of the Trust for the period October 1, 2017 through the Present Date:

> A.     Payroll records (with daily time records)
> 1.     The audit will need to review payroll records broken down by employee for each pay period.  The records will need to show the hour types, totals, and compensation given to each employee for each pay period during the audit period.
>
> 2.     The audit will also need to review daily time records with the payroll.  These records will need to

COMPLAINT TO COMPEL AUDIT - 4

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

show the hours worked per day for employees, along with the hour type(s).

B.     Employee Roster
1.     The audit will need to review an employee roster that contains **all** employees, not just the bargaining unit. This will need to include the following information for each employee:  Employee Number, Employee Name, Employee Social Security Number, Department, Job Position, Hire Date, Re-Hire Date (if applicable), and Termination Date.

2.     The audit will also need to review a list of all the leave of absences taken by bargaining unit members during the audit period.  This will need to include the employee's name, type of (reason for) leave, and time period away for each leave.  This may be included in the roster or in a separate leave of absence list.

C.     Temporary Agency Personnel Declaration Form
This is regarding the use of temporary agency personnel (TAP) for covered bargaining unit work.

D.     Temporary Agency Personnel Invoices/Accounts Payable
1.     If applicable, the audit will need to review the invoices or accounts payable records for the temporary agency personnel used for bargaining unit work.  The records need to be broken down by individual, and pay period, to show hour types and totals worked along with the compensation given.

E.     Tax Reports
1.     The audit will need to review the Quarterly Employer State Security Reports that cover the audit period.  Please provide the quarterly reports that show all employees with their social and total quarterly wages for each quarter of the audit period.

COMPLAINT TO COMPEL AUDIT - 5

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

F.   Vendor List
    1.   The audit will need to review a list of all the vendors, or outside Employers, that were paid by **River Distributing** during the audit period.

2.   Afford to the authorized representatives of the Trustees of the Trust both ample time and opportunity to examine all such materials of Defendant at such time and at such place as shall be convenient to the Trustees' authorized representatives.

3.   For judgment against the Defendant for:

A.   All of the Plaintiff's attorney's fees incurred in gaining auditor access to Defendant's records;

B.   All of the Plaintiff's costs incurred in gaining auditor access to defendant's records, and

C.   For such other and further relief as the Court may deem just and equitable.

DATED this 21st day of May, 2019.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

Russell J. Reid, WSBA #2560
Attorney for Plaintiff

COMPLAINT TO COMPEL AUDIT - 6

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925